IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 09-256 |
| v. | ) | |
| | ) | (42 U.S.C. § 1383a(a)(3)) |
| KELLY M. GOODMAN | ) | |

INDICTMENT

FILED
AUG 1 1 2009
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

From in and around April 2002 until in and around October 2007, in the Western District of Pennsylvania, the defendant, KELLY M. GOODMAN, knowing that she resided with BG from in and around April 2002 until in and around October 2007, and that such event affected her continued right to receive payment of Supplemental Security Income benefit payments from the Social Security Administration, then did conceal and fail to disclose such event with the intent fraudulently to secure such benefit in a greater amount and quantity than was due, or when no such benefit was authorized by law.

In violation of Title 42, United States Code, Section 1383a(a)(3).

A True Bill,

_____
Foreperson

_____
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254